**In re Ludlow O. BRYAN, Debtor.**

**Bankruptcy No. 87–01032.**

United States Bankruptcy Court,
District of Columbia.

Jan. 30, 1990.

Januario G. Azarcon, Hudock, Sawyer & Azarcon, Vienna, Va., for debtor.

---

## DECISION DENYING MOTION TO CONVERT CASE

S. MARTIN TEEL, Jr., Bankruptcy Judge.

The Debtor has moved to convert this case to a case under Chapter 13. The case was earlier a Chapter 11 case and was converted to Chapter 7 pursuant to 11 U.S.C. § 1112. The Debtor thus no longer has the right to convert his case to a Chapter 13 case pursuant to 11 U.S.C. § 706(a). The Debtor, citing *In re Sensibaugh*, 9 B.R. 45 (Bankr.E.D.Va.1981), argues that although he no longer has the absolute right of conversion under § 706(a) the Court in its discretion may convert the case to Chapter 13. The Court must disagree for the reasons set forth in *In re Hanna*, 100 B.R. 591 (Bankr.M.D.Fla.1989), and *In re Carter*, 84 B.R. 744 (D.Kan.1988). An order of denial follows.